UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMESIS AIR RACING, INC., | CASE NO. CV F 08-1823 LJO GSA |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 7.) |
| NEXTANT AEROSPACE, LLC., | |
| Defendant. | |

Plaintiff has notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than June 5, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the May 14, 2009 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated: May 7, 2009**     /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE